BEFORE THE THIRD DIVISION, AUGUST 3, 1942

**No. 47427.**—Protests 607366–G, etc., of Scaramelli & Co. et al. (Providence, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.